MONICA HAZELL, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted June 20, 2011; decided September 22, 2011

Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.